IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CECILIA HOTARD, *et al.*, | * |
| | * |
|     Plaintiffs, | * |
| | * |
| vs. | * CIVIL ACTION NO. 21-00554-KD-B |
| | * |
| CERTAIN UNDERWRITERS AT | * |
| LLOYD'S, LONDON, *et al.*, | * |
| | * |
|     Defendants. | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 7, 2022 (Doc. 7) is **ADOPTED** as the opinion of this Court.

Accordingly, Defendants Southern Alabama Insurance, LLC and Mills Mehr & Associates, Inc.'s renewed motion to dismiss (Doc. 4) is **GRANTED,** Plaintiffs' claims against these Defendants are **DISMISSED,** and these Defendants are **DISMISSED** from this action.

**DONE** this 2nd day of March 2022.

                                                          s/ Kristi K. DuBose
                                                          KRISTI K. DuBOSE
                                                          UNITED STATES DISTRICT JUDGE